MINUTE ENTRY
AFRICK, J.
June 15, 2021
JS-10 00:15

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KYLE STEIB** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-3358** |
| **TRANS UNION, LLC, ET AL.** | **SECTION "I" (1)** |

A status conference was held on this date with both counsel participating. The previously scheduled pretrial and trial dates remain in effect.

*Prior to filing a motion for summary judgment, including a motion for partial summary judgment, counsel shall schedule and appear for a status conference before this Court at which time the motion will be discussed by all parties. The motion deadline date set forth in this Court's previously issued scheduling order shall, notwithstanding such conference, remain intact. Counsel's failure to schedule the conference in sufficient time to permit the filing of such motion will not be considered good cause to extend the dispositive motion deadline.*

An additional status conference will be held **by telephone** on **Tuesday, June 29, 2021** at **9:30 a.m.** Counsel shall furnish the Court with the name and telephone number of who will participate in the conference two days prior to the conference. The Court will initiate the call.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE
